# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 8, 2011

141924

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

    SC: 141924
    COA: 278351
    Macomb CC: 2005-000344-FC

JASON ALEXANDER LaROSE,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the August 24, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 8, 2011

_____
Clerk

y0228